

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
OCT 11 2016
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-1876-M |
| Jerry Morolez-Fonseca (YOB:1975) | ) ) ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 23, 2016** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C Title 751 (a) | Knowingly ESCAPE from federal custody, that is, Geo's Group's Mid-Valley House located in Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the Southern District of Texas for the conviction of Transporting aliens within the U.S for private finacial gain |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by [signature] AUSA

*Complainant's signature*
Chon S. Hinojosa Deputy U.S Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 11, 2016

City and state: McAllen, Texas

*Judge's signature*
Peter E Ormsby
*Printed name and title*
U.S. Magistrate Judge

Attachment "A"

On May 10, 2014, Jerry MOROLEZ-FONSECA (hereinafter "MOROLEZ-FONSECA") was arrested for transporting undocumented aliens, Title 8 U.S.C 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), for a total of eight (8), from a location near Los Ebanos, Texas to the arrest point near Sullivan City, Texas. MOROLEZ-FONSECA subsequently pled guilty on July 2, 2014, in case number 7:14-cr-00782-1. On September 25, 2014, he was sentenced by Judge Micaela Alvarez to thirty five (35) months in custody of the United States Bureau of Prisons (USBP) followed by a three (3) year term of supervised release.

On September 19, 2016, MOROLEZ-FONSECA was designated to the GEO Group's Mid Valley House (Mid Valley House) in Edinburg, Texas, to complete the remainder of his sentence, which was set to conclude on April 10, 2017. On September 19, 2016, at approximately 8:05 A.M., MOROLEZ-FONSECA was released from from United States Penitentiary McCreary in Pine Knot, Kentucky. MOROLEZ-FONSECA was scheduled to arrive at Mid Valley House in Edinburg, Texas no later than 10:55 a.m., on September 21, 2016. MOROLEZ-FONSECA failed to report to Mid Valley House.

On September 22, 2016 MOROLEZ-FONSECA was placed on escape status and his whereabouts are still unknown.

On October 10, 2016 MOROLEZ-FONSECA was arrested in McAllen, Texas by CIDUSM Hinojosa.